# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# 1:21-cv-00175-MR

| | |
|---|---|
| NAPOLEAN J. RANKIN BEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| MEDICAL PRIVATE CONTRACTOR, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on review of the docket in this matter and on Plaintiff's motion [Doc. 6], which the Court construes as a motion for injunctive relief.

Pro se Plaintiff Napolean J. Rankin Bey ("Plaintiff") is a prisoner of the State of North Carolina currently incarcerated at Mountain View Correctional Institution in Spruce Pine, North Carolina. He filed this action in the Eastern District of North Carolina on April 7, 2021, pursuant to 42 U.S.C. § 1983, naming "Medical Private Contractor" as the sole Defendant. [Doc. 1]. The Honorable Richard E. Myers II, District Judge, transferred the case to this District on June 8, 2021. [Doc. 3]. Plaintiff sought to proceed in forma pauperis. [Doc. 4]. On July 16, 2021, the Clerk in this District entered an Order requiring Plaintiff's correctional facility to provide a certified copy of

Plaintiff's most recent trust account statement. [Doc. 11]. On August 9, 2021, after receiving the statement, the Clerk ordered Plaintiff to pay the full filing fee within 30 days. [Doc. 13; see Doc. 12]. The Clerk cautioned Plaintiff that this action would be dismissed if Plaintiff failed to comply with the Order to pay the filing fee. [Doc. 13].

As of this Order, Plaintiff has not paid the filing fee. The Court will, therefore, dismiss this action without prejudice. The Court will also deny Plaintiff's motion for injunctive relief as moot.

## ORDER

**IT IS, THEREFORE, ORDERED** that Plaintiff's Complaint [Doc. 1] is dismissed without prejudice.

**IT IS FURTHER ORDERED** that Plaintiff's motion [Doc. 6] is **DENIED** as moot.

The Clerk is instructed to terminate this action.

**IT IS SO ORDERED**.

Signed: September 20, 2021

Martin Reidinger
Chief United States District Judge